**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  12-CR-00518-MSK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ANTHONY LISTER,**

**Defendant.**

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Marshal's Service has informed the Court that there will be no transport to Denver the first week in January, therefore:

**IT IS HEREBY ORDERED** that the status conference scheduled for January 4, 2013 at 2:30 p.m. before the duty Magistrate Judge in Denver, Colorado is VACATED and RESCHEDULED  for January 11, 2013 at 2:30 p.m.

**DATED: December 27, 2012.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**